# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

WILLIAM POSEY,

    Plaintiff

    v.                                                               CASE NUMBER: 05-C-1130

MATTHEW FRANKS, GARY R.
McCAUGHTRY and MARC CLEMENTS,

    Defendant

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and hereby is dismissed without prejudice, pursuant to Civil Local Rule 41.1 (E.D. Wis.)

| | |
|---|---|
| July 11, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |